**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| EITZEN BULK A/S | CIVIL ACTION NO.: 10-395 |
| Plaintiff, | |
| | SECTION:          B (1) |
| versus | |
| CAPEX INDUSTRIES LTD. | JUDGE:             BERRIGAN |
| | MAG. JUDGE:    SHUSHAN |

**MOTION TO ENROLL COUNSEL OF RECORD**
**RESTRICTED APPEARANCE/ALL RIGHTS RESERVED**

Robert T. Lemon II and William C. Baldwin of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. move to enroll as counsel of record for Capex Industries Ltd. ("Capex"), the Defendant herein, with full reservation of all rights, remedies and defenses of Capex in this matter, none of which is to be regarded waived, including but not limited to the right of Capex to object to the Plaintiff's request for relief under Rule B of the Supplemental Admiralty Rules. By this motion, Capex does not enter a general appearance in these proceedings and wishes to restrict and limit its appearance to the defense of the claims set forth against Capex in the pending Complaint only in accordance with Rule E(8) of the Supplemental Admiralty Rules.

This 22nd day of February, 2010.

                                              Respectfully submitted,

                                              *s/Robert T. Lemon II*  
                                              ROBERT T. LEMON II (#8312), T.A.  
                                              WILLIAM C. BALDWIN (#31613)  
                                              Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.  
                                              201 St. Charles Avenue, 50th Floor  
                                              New Orleans, LA  70170  
                                              Telephone:  (504) 582-8000  
                                              Facsimile:   (504) 582-8010  
                                              E-mail:  blemon@joneswalker.com  
                                              wbaldwin@joneswalker.com  
                                              Attorneys for Capex Industries Ltd., Defendant - - Restricted Appearance/All Rights Reserved

OF COUNSEL:

Simon Harter, Esq.  
Law Offices of Simon Harter, Esq.  
304 Park Avenue South - 11th Floor  
New York, New York 10010  
Phone:  (212) 979-0250  
Fax:  (212) 979-0251

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 22nd day of February, 2010 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing, facsimile, hand delivery and/or by mailing the same by United States mail, properly addressed and first class postage prepaid.

                                              *s/Robert T. Lemon II*

{N2113633.1}